# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago, | Case No.: 2:21-cv-00896-APG-NJK |
|     Petitioner, | **Order Denying Application to Proceed *in Forma Pauperis* and Directing Payment of Filing Fee** |
| v. | |
| Calvin Johnson, *et al.*, | [ECF No. 1] |
|     Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has submitted an application to proceed *in forma pauperis*.[1] The court finds that petitioner is able to pay the filing fee of $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 1) is **DENIED**. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner must make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: May 11, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 1.