**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Paul Santiago,

    Petitioner,

v.

Calvin Johnson, *et al.*,

    Respondents.

Case No.: 2:21-cv-00896-APG-NJK

**Order Granting Motion for Leave to File Second Amended Petition**

[ECF No. 13]

    Petitioner Paul Santiago has filed a counseled first amended petition for a writ of habeas corpus[1] as protection against expiration of the one-year period of limitation.[2]  Santiago also has filed a motion for leave to file second amended petition,[3] which he argues will give counsel time to review the record and file a petition that reflects counsel's judgment.  Respondents do not oppose the motion.[4]  Good cause appearing, I grant the motion.

    IT IS THEREFORE ORDERED that petitioner's motion for leave to file second amended petition (ECF No. 13) is **GRANTED**.  Petitioner will have up to and including December 16, 2021, to file a second amended petition.

///

///

///

///

///

---

[1] ECF No. 11.
[2] *See* 28 U.S.C. § 2244(d)(1).
[3] ECF No. 13.
[4] ECF No. 14.

IT IS FURTHER ORDERED that the briefing schedule of the order of June 24, 2021 (ECF No. 10) governs the briefing after the filing of the second amended petition.

DATED August 19, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE