**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Paul Santiago, | Case No.: 2:21-cv-00896-APG-NJK |
| Petitioner, | **Order Granting Unopposed Motion for Extension of Time** |
| v. | [ECF No. 16] |
| Calvin Johnson, *et al.*, | |
| Respondents. | |

Petitioner has filed an unopposed motion for extension of time (first request), asking for additional time to file a second amended petition.[1]  I find good cause exists to grant the motion.

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 16) is **GRANTED**.  Respondents will have up to and including February 14, 2022, to file an answer to the second amended petition.

DATED: January 4, 2022

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 16.