UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago,<br><br>    Petitioner,<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-00896-APG-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 18] |

    Petitioner has filed an unopposed motion for extension of time (second request), asking for additional time to file a second amended petition.[1]  I find good cause exists to grant the motion.

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 18) is **GRANTED**.  Petitioner will have up to and including March 31, 2022, to file a second amended petition.

    DATED: February 16, 2022

                                                                   ANDREW P. GORDON<br>                                                             UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 18.