UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago,<br><br>    Petitioner,<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-00896-APG-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 20] |

Petitioner has filed an unopposed motion for extension of time (third request), asking for additional time to file a second amended petition.[1]  I find good cause exists to grant the motion.

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 20) is **GRANTED**.  Petitioner will have up to and including May 16, 2022, to file a second amended petition.

DATED: April 4, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 20.