Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Paul Santiago

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　Respondents. | Case No. 2:21-cv-00896-APG-NJK<br><br>**Unopposed motion for extension of time in which to file Second Amended Petition**<br><br>**(Fifth request)** |

　　　Petitioner Paul Santiago respectfully moves this Court for a final extension of time of 14 days, from June 30, 2022, to and including July 14, 2022, in which to file a Second Amended Petition.

## ARGUMENT

Mr. Santiago filed a *pro se* petition for writ of habeas corpus on or about May 4, 2021. (ECF No. 1-1 at 1.) Undersigned counsel formally was appointed on June 24, 2021. (ECF No. 10.) Counsel filed a First Amended Protective Petition on August 18, 2021. (ECF No. 11.) Counsel simultaneously sought leave to file a Second Amended Petition (ECF No. 13), which the Court granted, setting a deadline of December 16, 2021 (ECF No. 15). The Court then granted Mr. Santiago's first, second, third, and fourth requests for extension of time, ultimately resetting the deadline to June 30, 2022. (ECF Nos. 17, 19, 21, 24.) Mr. Santiago respectfully requests an additional extension of time (14 days) in which to file the Second Amended Petition so that an internal review of the final document can be completed.

Counsel has requested significant time to complete the Second Amended Petition in this case because the record is extensive—it includes thousands of pages of discovery from a related civil action directly relevant to Mr. Santiago's habeas case. Counsel has reviewed the entirety of that discovery independently, without the assistance of additional counsel or support staff. Counsel also has prepared the Second Amended Petition, and the final draft is being reviewed internally.

In addition, counsel has had other professional obligations in the past two months, including, among others: an evidentiary hearing on April 28, 2022, in *Voss v. Nevada*, Case No. CR97-2077 (2nd Jud. Dist. Ct.); travel throughout the state of Nevada to visit clients, including to northern Nevada on May 27, 2022, to visit client in *LaChance v. Dzurenda*, Case No. 21-16694 (9th Cir.); coordination with experts in a pending case; and an opposition to motion to dismiss filed June 27, 2022, in *Sampson v. Russell*, Case No. 3:20-cv-00615-MMD-WGC (D. Nev.).

Counsel has additional professional obligations in the next two months, including, among others: travel to Texas in mid-July to visit new client seeking to file

petition for writ of habeas corpus under 28 U.S.C. § 2255; a second amended petition due July 22, 2022, in *Emerson v. Hutchings*, Case No. 2:21-cv-01215-GMN-NJK (D. Nev.); an amended petition due August 7, 2022, in *Brown v. Gittere*, Case No. 3:22-cv-00130-RCJ-CSD (D. Nev.); and an amended petition due August 23, 2022, in *Cruz v. Hutching*, Case No. 2:21-cv-02118-GMN-DJA (D. Nev.).

On June 30, 2022, counsel contacted Deputy Attorney General Trisha Chapman and informed her of this request for an extension of time. As a matter of professional courtesy, Attorney Chapman had no objection to the request. Attorney Chapman's lack of objection should not be construed as a waiver of any procedural defenses or statute of limitations challenges, or construed as agreeing with the accuracy of the representations in this motion.

This motion is not filed for the purposes of delay, but in the interests of justice, as well as in the interest of Mr. Santiago. Counsel for Mr. Santiago respectfully requests this Court grant the motion and order Mr. Santiago to file the Second Amended Petition no later than July 14, 2022.

Dated June 30, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*
Rick A. Mula
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: June 30, 2022

3