# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago,<br><br>　　　　Petitioner,<br>　v.<br><br>Calvin Johnson, et. al,<br><br>　　　　Respondents. | Case No. 2:21-cv-00896-APG-NJK<br><br>**ORDER** |

In my order deciding respondents' motion to dismiss, I concluded that Ground 1 of the habeas petition in this case is procedurally defaulted. ECF No. 77. Accordingly, I gave petitioner, Paul Santiago, until October 18, 2023, to file points and authorities demonstrating that I should excuse the default. *Id*. Santiago has filed a response conceding that he cannot overcome the procedural default (ECF No. 78), so I will dismiss the claim and order the respondents to file an Answer to the remaining grounds.

**I THEREFORE ORDER** that Ground 1 of Santiago's second amended petition (ECF No. 27) is dismissed as procedurally defaulted.

**I FURTHER ORDER** that respondents must file an **Answer** to the remaining claims in the second amended petition **on or before December 20, 2023**. Santiago has **60 days** from the date the Answer is served within which to file **a Reply**.

Dated: October 20, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon