Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Paul Santiago

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago,<br><br>      Petitioner,<br><br>    v.<br><br>State of Nevada,<br><br>      Respondent. | Case No. 2:21-cv-00896-APG-NJK<br><br>**Unopposed motion for extension of time in which to file Reply to Answer**<br><br>**(First request)** |

      Petitioner Paul Santiago respectfully moves this Court for an extension of time of 90 days, from February 9, 2024, to and including May 9, 2024, in which to file his Reply to the Answer.

## POINTS AND AUTHORITIES

Mr. Santiago filed a *pro se* petition for writ of habeas corpus on or about May 4, 2021.[1] Counsel filed a First Amended Protective Petition on August 18, 2021.[2] Counsel simultaneously sought leave to file a Second Amended Petition, which the Court granted.[3] Mr. Santiago filed his Second Amended Petition on July 13, 2022.[4] Respondents filed their Motion to Dismiss on January 27, 2023.[5] Mr. Santiago filed his Opposition to the Motion to Dismiss on May 25, 2023.[6] This Court issued its order on the Motion on September 25, 2023.[7] The Court then dismissed Ground One on October 23, 2023, and ordered Respondents to answer the remaining claims.[8] Respondents filed their Answer on December 11, 2023.[9] Mr. Santiago now requests additional time to file his Reply. This is the first request for an extension of time. The additional period of time is necessary in order to effectively represent Mr. Santiago. This motion is filed in the interests of justice and not for the purpose of unnecessary delay.

Undersigned counsel respectfully requests additional time to prepare the Reply because counsel returned from maternity leave three days ago, on February 6, 2024. Counsel's leave began in October, before Respondents filed their Answer. Therefore, undersigned counsel requires additional time to review the Answer and prepare the Reply.

---

[1] ECF No. 1-1 at 1.
[2] ECF No. 11.
[3] ECF No. 13.
[4] ECF No. 27.
[5] ECF No. 67.
[6] ECF No. 73.
[7] ECF No. 77.
[8] ECF No. 79.
[9] ECF No. 83.

On February 9, 2024, counsel for Respondents, Deputy Attorney General Adam Woodrum, indicated by email that Respondents do not oppose this request with the understanding that Respondents' lack of objection is not a waiver of any procedural defenses.

For the above stated reasons, Mr. Santiago respectfully requests this Court grant an extension of time of 90 days and order the Reply to be filed on or before May 9, 2024.

Dated February 9, 2024.

        Respectfully submitted,

        Rene L. Valladares
        Federal Public Defender

        */s/ Laura Barrera*
        Laura Barrera
        Assistant Federal Public Defender

IT IS SO ORDERED:

_____
United States District Judge

Dated: February 12, 2024

3