Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Paul Santiago

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Paul Santiago,

      Petitioner,

    v.

State of Nevada,

      Respondent.

Case No. 2:21-cv-00896-APG-NJK

**Unopposed motion for extension of time in which to file Reply to Answer**

**(Second request)**

      Petitioner Paul Santiago respectfully moves this Court for an extension of time of 60 days, from May 9, 2024, to and including July 8, 2024, in which to file his Reply to the Answer.

POINTS AND AUTHORITIES

Mr. Santiago filed a *pro se* petition for writ of habeas corpus on or about May 4, 2021.[1] Counsel filed a First Amended Protective Petition on August 18, 2021.[2] Counsel simultaneously sought leave to file a Second Amended Petition, which the Court granted.[3] Mr. Santiago filed his Second Amended Petition on July 13, 2022.[4] Respondents filed their Motion to Dismiss on January 27, 2023.[5] Mr. Santiago filed his Opposition to the Motion to Dismiss on May 25, 2023.[6] This Court issued its order on the Motion on September 25, 2023.[7] The Court then dismissed Ground One on October 23, 2023, and ordered Respondents to answer the remaining claims.[8] Respondents filed their Answer on December 11, 2023.[9] Mr. Santiago now requests additional time to file his Reply. This is the second request for an extension of time. The additional period of time is necessary in order to effectively represent Mr. Santiago. This motion is filed in the interests of justice and not for the purpose of unnecessary delay.

The extension is needed due to undersigned counsel's additional case-related obligations since the previous extension request. These include drafting a Reply in *Emanuel, Jr. v. Neven*, 2:16-cv-1368-GMN-EJY; a DNA Petition in *Pineda v. Gittere*, 08C248583; a settlement letter in *Emanuel v. Collins, et al.*, 3:20-cv-00566-RCJ-CLB; and a Reply Brief in *Orduna v. Garrett*, 23-15313, among other pleadings. Counsel

---

[1] ECF No. 1-1 at 1.

[2] ECF No. 11.

[3] ECF No. 13.

[4] ECF No. 27.

[5] ECF No. 67.

[6] ECF No. 73.

[7] ECF No. 77.

[8] ECF No. 79.

[9] ECF No. 83.

also spent substantial time preparing for an evidentiary hearing in *Durr v. Warden*, A-23-873441-W, on April 17, 2024, and a settlement conference in *Emanuel v. Collins, et al.*, 3:20-cv-00566-RCJ-CLB, on April 24, 2024. In addition, counsel has had several prison visits, and was on leave from April 29 to May 10.

On May 9, 2024, counsel for Respondents, Deputy Attorney General Michael Shaffer, indicated by email that Respondents do not oppose this request.

For the above stated reasons, Mr. Santiago respectfully requests this Court grant an extension of time of 60 days and order the Reply to be filed on or before July 8, 2024.

Dated May 9, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

ORDER

The extension is granted, but no further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED:

Dated:__May 10, 2024_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3