Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner Paul Santiago

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Paul Santiago,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>State of Nevada,<br><br>　　　　Respondent. | Case No. 2:21-cv-00896-APG-NJK<br><br>**Unopposed motion for extension of time in which to file Reply to Answer**<br><br>**(Third request)** |

　　　Petitioner Paul Santiago respectfully moves this Court for an extension of time of 7 days, from July 8, 2024, to and including July 15, 2024, in which to file his Reply to the Answer.

**POINTS AND AUTHORITIES**

Santiago filed a *pro se* petition for writ of habeas corpus on or about May 4, 2021.[1] Counsel filed a first amended protective petition on August 18, 2021.[2] Counsel simultaneously sought leave to file a second amended petition, which the Court granted.[3] Santiago filed his second amended petition on July 13, 2022.[4] Respondents filed their motion to dismiss on January 27, 2023.[5] Santiago filed his opposition to the motion to dismiss on May 25, 2023.[6] This Court issued its order on the motion on September 25, 2023.[7] The Court then dismissed Ground One on October 23, 2023, and ordered Respondents to answer the remaining claims.[8] Respondents filed their answer on December 11, 2023.[9] Santiago now requests additional time to file his reply. This is the third request for an extension of time. The additional period of time is necessary in order to effectively represent Santiago. This motion is filed in the interests of justice and not for the purpose of unnecessary delay.

When this Court granted counsel's previous request to extend this deadline it cautioned that no further extensions would be granted absent extraordinary circumstances. This short, final extension is warranted due to extraordinary circumstances. Counsel has prioritized this pleading, in addition to a pleading in *Mullner v. Johnson, et. al.*, 2:20-cv-00535-JAD-BNM, also due today and in which the

---

[1] ECF No. 1-1 at 1.
[2] ECF No. 11.
[3] ECF No. 13.
[4] ECF No. 27.
[5] ECF No. 67.
[6] ECF No. 73.
[7] ECF No. 77.
[8] ECF No. 79.
[9] ECF No. 83.

court also cautioned that no more extensions would be given.[10] However, counsel has been unable to complete this reply for several reasons. First and foremost, last week a different client unexpectedly required a substantial investment of time due to an emergency. As a result, counsel was forced to spend hours of time that were set aside to work on this pleading on another case. Counsel was unable to complete the reply outside regularly scheduled working hours, despite attempting to do so, due to a lack of childcare during evenings, the Fourth of July holiday, and the weekend, as well as undersigned counsel's health issues. Undersigned counsel has made significant progress on the reply but requires one additional week to finish it. Counsel respects this Court's prior order and does not anticipate needing any further extensions.

On July 8, 2024, counsel for Respondents, Deputy Attorney General Michael Shaffer, indicated by email that Respondents do not oppose this request.

For the above stated reasons, Santiago respectfully requests this Court grant a final extension of 7 days and order the reply to be filed on or before July 15, 2024.

Dated July 8, 2024.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: July 8, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[10] Since the last request for an extension on May 9, 2024, counsel has also filed an amended petition, an opening brief, a reply, and a request for a certificate of appealability, among other pleadings, in other cases, all of which had been extended more than once due to counsel's maternity leave. Counsel continues to make every effort to catch up as quickly as possible on an inordinate number of deadlines due to maternity leave.